IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00225-KLM

JANET SCHWEINFURTH,

    Plaintiff,

v.

TRIZETTO CORPORATION, a Delaware corporation,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of Stipulated Protective Order** [#11] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#11] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#11-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 19, 2016